Case.net: 2122-CC00941 - Docket Entries                                    Page 1 of 1



**2122-CC00941 - ELIZABETH MARSHALL V QUIKTRIP ET AL (E-CASE)**

Sort Date Entries: ● Descending  ○ Ascending       Display Options: All Entries

| Date | Entry |
|---|---|
| 06/02/2021 | **Corporation Served**<br>Document ID - 21-SMCC-2973; Served To - DOE, JOHN; Server - M BARRETT, SERVICE DEPUTY; Served Date - 01-JUN-21; Served Time - 10:40:00; Service Type - Sheriff Department; Reason Description - Served; Service Text - DERRICK/MGR |
| 05/26/2021 | **Jury Trial Scheduled**<br>    Scheduled For: 11/08/2021;  9:00 AM ;  MICHAEL FRANCIS STELZER;  City of St. Louis |
| 05/18/2021 | **Summ Issd- Circ Pers Serv O/S**<br>Document ID: 21-SMOS-1652, for QUIKTRIP.<br>**Summons Issued-Circuit**<br>Document ID: 21-SMCC-2973, for DOE, JOHN.<br>**Filing Info Sheet eFiling**<br>    Filed By: THOMAS EDWARD FAGAN<br>**Pet Filed in Circuit Ct**<br>Petition.<br>    Filed By: THOMAS EDWARD FAGAN<br>    On Behalf Of: ELIZABETH MARSHALL<br>**Judge Assigned** |

Case.net Version 5.14.18          Return to Top of Page          Released 05/29/2021

Electronically Filed - City of St. Louis - May 18, 2021 - 01:18 PM

**2122-CC00941**

33IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| ELIZABETH MARSHALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. |
| vs. ) | |
| ) | Division |
| QUIKTRIP #636, ) | |
| ) | |
| ) | |
| Serve:   Dave Daniels ) | |
| Registered Agent ) | |
| 4705 South 129th East Avenue ) | |
| Tulsa, Oklahoma 74134 ) | |
| ) | |
| And ) | |
| ) | |
| JOHN DOE ) | |
| ) | |
| Serve:   Manager of QuikTrip #636 ) | |
| 4101 Gravois ) | |
| St. Louis, MO  63116 ) | |
| ) | |
| Defendants. ) | |

## PETITION

Comes now Plaintiff, Elizabeth Marshall (hereinafter "Plaintiff"), by and through counsel, and for her cause of action against Defendants QuikTrip #636 and Store Manager John Doe, (Hereinafter "Defendants") states:

### COUNT I

### DEFENDANT QUIKTRIP CORPORATION

1. At all pertinent times herein, Plaintiff was a resident of Missouri.

2. At all pertinent times herein, Defendant QuikTrip #636 is a corporation operating a business in the City of St. Louis, located at 4101 Gravois.

**EXHIBIT A**

Page 2

Electronically Filed - City of St. Louis - May 18, 2021 - 01:18 PM

3. At all pertinent times herein, Defendant John Doe was a resident of Missouri.

4. At all pertinent times herein, Defendant QuikTrip Corporation was the owner of the property located at 4101 Gravois, St. Louis, MO 63116.

5. At all pertinent times herein, Defendant John Doe was the Manager of QuikTrip #636, with a duty to keep the premises free from defect and dangerous conditions.

6. At all pertinent times herein, Defendant QuikTrip acted by and through its agents, servants and employees, including John Doe who acted within the course and scope of their employment and agency.

7. On or about January 13, 2017 Plaintiff Elizabeth Marshall as a customer and invitee of said Defendant, encountered an unreasonably dangerous condition on Defendant's said premises, to wit: ice and snow located at the entrance/exit of Defendant's store, causing her to slip and fall.

8. The Defendants were negligent in that they knew or by using ordinary care could have known of the aforesaid unreasonably dangerous condition; Defendants failed to use ordinary care, in the following respects, to wit:

    a) Defendants failed to remove said unreasonably dangerous condition;

    b) Defendants failed to warn of said unreasonably dangerous condition;

    c) Defendants failed to barricade said unreasonably dangerous condition; and

    d) Defendants failed to remedy said unreasonably dangerous condition.

9. As a direct result or direct contributing result of the aforesaid negligence, Plaintiff sustained injuries to her bilateral knees, requiring surgery and extensive physical therapy.

2

**EXHIBIT A**

**Page 3**

Electronically Filed - City of St. Louis - May 18, 2021 - 01:18 PM

10. As a direct result or direct contributing result of the aforesaid negligence, Plaintiff's injuries, as aforesaid, are permeant, disabling, and continuing. Plaintiff has sustained pain and suffering and will do so in the future. Plaintiff has limitations in movement and range of motion.

WHEREFORE, Plaintiff prays damages against Defendant QuikTrip Corporation, in a sum that will fairly and justly compensate her, in excess of Twenty-Five Thousand Dollars ($25,000.00) and for her costs herein expended.

## COUNT II

## DEFENDANT JOHN DOE

Plaintiff, for her cause of action against Defendant John Doe individually, states as follows:

11. All of the previous allegations are hereby adopted, realleged and incorporated as fully set forth herein.

12. Defendant John Doe was negligent in that they knew or by using ordinary care could have known of the aforesaid unreasonably dangerous condition; Defendant failed to use ordinary care, in the following respects, to wit:

    a) Defendant failed to remove said unreasonably dangerous condition;

    b) Defendant failed to warn of said unreasonably dangerous condition;

    c) Defendant failed to barricade said unreasonably dangerous condition; and

    d) Defendant failed to remedy said unreasonably dangerous condition.

13. As a direct result or direct contributing result of the aforesaid negligence, Plaintiff sustained injuries to her bilateral knees, requiring surgery and extensive physical therapy.

**EXHIBIT A**

Electronically Filed - City of St. Louis - May 18, 2021 - 01:18 PM

14. As a direct result or direct contributing result of the aforesaid negligence, Plaintiff's injuries, as aforesaid, are permeant, disabling, and continuing. Plaintiff has sustained pain and suffering and will do so in the future. Plaintiff has limitations in movement and range of motion.

WHEREFORE, Plaintiff prays damages against Defendant John Doe, in a sum that will fairly and justly compensate her, in excess of Twenty-Five Thousand Dollars ($25,000.00) and for her costs herein expended.

Respectfully submitted,

HULLVERSON LAW FIRM

By: _/s/ Thomas E. Fagan_____
Thomas E. Fagan, #43607
Attorneys for Plaintiff
1010 Market St., Suite 1480
St. Louis, MO 63101
(314) 421-2313
(314) 421-2341 fax
tfagan@hullverson.com



**SHERIFF'S FEE PAID**

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00941 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>ELIZABETH MARSHALL | Plaintiff's/Petitioner's Attorney/Address<br>THOMAS EDWARD FAGAN<br>1010 MARKET STREET<br>SUITE 1480 | Special Process Server 2 |
| vs. | ST. LOUIS, MO  63101 | Special Process Server 3 |
| Defendant/Respondent:<br>QUIKTRIP | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

### Summons in Civil Case

**The State of Missouri to:** JOHN DOE
**Alias:**
**SERVE MANAGER OF QUIKTRIP #636**
**4101 GRAVOIS**
**ST. LOUIS, MO  63116**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**May 18, 2021**                                        _Thomas Kloeppinger_
_____                        _____
Date                                                                      Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____           _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____           _____
                                        Date                                                Notary Public

**Sheriff's Fees, if applicable**
Summons                                 $_____
Non Est                                    $_____
Sheriff's Deputy Salary
Supplemental Surcharge    $     10.00
Mileage                                     $_____ (_____ miles @ $._____ per mile)
**Total**                                      $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 21-SMCC-2973**    1 of 1    Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**EXHIBIT A**



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>MICHAEL FRANCIS STELZER | Case Number: 2122-CC00941 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>ELIZABETH MARSHALL<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address:<br>THOMAS EDWARD FAGAN<br>1010 MARKET STREET<br>SUITE 1480<br>ST. LOUIS, MO  63101 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br>QUIKTRIP | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |
| Nature of Suit:<br>CC Pers Injury-Other | | |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

**The State of Missouri to:** QUIKTRIP
**Alias:** DBA QUIKTRIP #636

**C/O DAVE DANIELS RAGT**
**4705 SOUTH 129TH EAST AVENUE**
**TULSA, OK  74134**

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**May 18, 2021**
_____      _____
             Date                                                          Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
   ☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
   ☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).
   ☐ other: _____.

Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____     _____
Printed Name of Sheriff or Server                   Signature of Sheriff or Server

**Subscribed and sworn to** before me this _____ (day) _____ (month) _____ (year).
I am: (check one) ☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

*(Seal)*

_____
Signature and Title

**Service Fees**
Summons   $_____
Non Est   $_____
Mileage   $_____ (_____ miles @ $ _____ per mile)
Total     $_____

See the following page for directions to officer making return on service of summons.

OSCA (07-18) SM60 (SMOS) *For Court Use Only*: **Document ID# 21-SMOS-1652**     1 of 2  **(2122-CC00941)**     Rules 54.06, 54.07, 54.14, 54.20;
                                                                                                                                                      506.500, 506.510 RSMo

**EXHIBIT A**

**Directions to Officer Making Return on Service of Summons**

A copy of the summons and a copy of the motion must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and motion when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and motion and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and motion to the individual personally or by leaving a copy of the summons and motion at the individual's dwelling house or usual place of abode with some person of the family over 15 years of age who permanently resides with the defendant/respondent, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and motion to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and motion to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly, and in any event so that it will reach the Missouri court within 30 days after service.

OSCA (07-18) SM60 (SMOS) *For Court Use Only*: **Document ID# 21-SMOS-1652**     2  of  2    **(2122-CC00941)**     Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo

**EXHIBIT A**

**Page 8**




**SHERIFF'S FEE PAID**

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division: MICHAEL FRANCIS STELZER | Case Number: 2122-CC00941 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner: ELIZABETH MARSHALL | Plaintiff's/Petitioner's Attorney/Address THOMAS EDWARD FAGAN 1010 MARKET STREET SUITE 1480 | Special Process Server 2 |
| vs. | ST. LOUIS, MO 63101 | Special Process Server 3 |
| Defendant/Respondent: QUIKTRIP | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD | |
| Nature of Suit: CC Pers Injury-Other | SAINT LOUIS, MO 63101 | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: JOHN DOE
Alias:
SERVE MANAGER OF QUIKTRIP #636
4101 GRAVOIS
ST. LOUIS, MO 63116

**COURT SEAL OF CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

May 18, 2021                    _Thomas Kloppinger_
Date                             Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☒ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _W/m 45 Mgr Derek_, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____
Served at _4101 Gravois_ (address)
in _____ (County/City of St. Louis), MO, on _6-1-21_ (date) at _10:40 am_ (time).

_Michael Barrett_                    _[signature] 685_
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
                        Date              Notary Public

**Sheriff's Fees, if applicable**
Summons         $_____
Non Est         $_____
Sheriff's Deputy Salary
Supplemental Surcharge  $ 10.00
Mileage         $_____ (_____ miles @ $_____ per mile)
Total           $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) For Court Use Only: Document Id # 21-SMCC-2973     1 of 1     Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**EXHIBIT A**

**SHERIFF'S FEE PAID**

**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

21 MAY 28 AM 10:38
VERNON BETTS SHERIFF RECEIVED

| Judge or Division: MICHAEL FRANCIS STELZER | Case Number: 2122-CC00941 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner: ELIZABETH MARSHALL | Plaintiff's/Petitioner's Attorney/Address THOMAS EDWARD FAGAN 1010 MARKET STREET SUITE 1480 ST. LOUIS, MO 63101 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent: QUIKTRIP | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | |
| Nature of Suit: CC Pers Injury-Other | | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: JOHN DOE
Alias:
SERVE MANAGER OF QUIKTRIP #636
4101 GRAVOIS
ST. LOUIS, MO 63116

**COURT SEAL OF CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

May 18, 2021                                    _Thomas Kloeppinger_
_____                           _____
Date                                             Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____   _____
                        Date                    Notary Public

**Sheriff's Fees, If applicable**
Summons                              $_____
Non Est                              $_____
Sheriff's Deputy Salary
Supplemental Surcharge               $   10.00
Mileage                              $_____ ( _____ miles @ $._____ per mile)
Total                                $_____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 21-SMCC-2973      1 of 1          Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**EXHIBIT A**

Page 10